# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Daniel J. Coleman,<br><br>Plaintiff,<br><br>vs.<br><br>Firstsource Advantage, LLC, *a foreign limited liability company,*<br><br>Defendant. | CIVIL FILE NO.: 10-CV-2028 (JNE/JJK)<br><br><br>**ORDER** |

Based upon the Plaintiff's Notice of Dismissal With Prejudice as to Defendant.

**IT IS HEREBY ORDERED**, that Plaintiff's claims against Defendant are hereby **VOLUNTARILY DISMISSED** in their entirety, on the merits and **WITH PREJUDICE.** Each party shall bear their own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: 6-11-2010

s/ Joan N. Ericksen
Joan Ericksen
United States Judge